People of State of Illinois ex rel. Patrick Gilhooly, Appellee, v. John C. Prendergast, as Commissioner of Police of City of Chicago et al., Appellants.

Gen. No. 45,331.

Heard in the first division, first district, this court at the October term, 1950. John J. Mortimer, Acting Corporation Counsel of Chicago, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Mulcahy, Murphy & Dieringer, for appellee; Michael F. Mulcahy, Henry W. Dieringer, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 10, 1951; rehearing denied January 7, 1952; released for publication January 7, 1952.